# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EVANS FANOR | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CASE NUMBER: 05 - 5536 (PGS) |
| V. | |
| OFFICER CARLOS ALVARDO  Defendants. | |

__X__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that a judgment of NO CAUSE FOR ACTION be and is hereby entered in favor of the defendant, and against the plaintiff.

_June 6, 2008_
DATE

_/s/ Peter G. Sheridan_
PETER G. SHERIDAN, U.S.D.J.